E-FILED
Friday, 25 January, 2013  04:37:37 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Smith | ) | Case No. 13-3003-m |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 16, 2013  in the county of  Morgan  in the
Central  District of  Illinois , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) | On or about January 16, 2013, in Morgan County, in the Central District of Illinois, the defendant, MICHAEL SMITH, knowingly and intentionally possessed with the intent to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A). |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/ Scott Giovannelli
Complainant's signature

Scott Giovannelli, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/25/2013  11am

s/ Byron G. Cudmore
Judge's signature

City and state:  Springfield, Illinois   Byron G. Cudmore, United States Magistrate Judge
Printed name and title

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF SANGAMON | ) |

## AFFIDAVIT

Scott Giovannelli, being first duly sworn, hereby deposes and states:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Springfield, Illinois Resident Office (RO). I have been employed with the DEA since March 1996. Prior to employment with the DEA, I was employed as a Police Officer with the Village of Palatine, Illinois for approximately 5 ½ years. I have received specialized training in various aspects of narcotics investigations, which include, but are not limited to, interviewing defendants and witnesses, surveillance techniques and money laundering. I have prepared numerous criminal affidavits, executed search warrants, and testified at criminal trials during my participation in numerous drug investigations.

2. This affidavit is made in support of an application for a Complaint charging Michael Smith with Possession With Intent to Distribute Cocaine Base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1). An Arrest Warrant for Smith is requested.

3. I am familiar with the following facts based upon my own personal investigation, the investigation of other law enforcement officers, or information officially furnished to me by other personnel. This affidavit does not contain all the facts known by your Affiant, only those believed to be necessary to establish probable cause.

4. Michael Smith has been the target of a cocaine/crack-cocaine distribution investigation being conducted by the DEA Springfield RO, and the Illinois State Police (ISP) Central Illinois Enforcement Group (CIEG). During the course of this investigation, agents

conducted multiple controlled purchase operations in which Smith provided purported crack-cocaine to an established ISP Confidential Source.

5. On 01-09-13, agents obtained a Federal Search Warrant from US Magistrate Byron Cudmore, Central District of Illinois for 222 Howe Street, Jacksonville, IL. This location had previously been identified as the residence of Michael Smith.

6. On 01-16-13, agents/officers detained Smith while he was standing outside his residence at 222 Howe, Jacksonville. Smith was transported to the Morgan County Sheriff's Office, where agents advised Smith of the Miranda Warnings and Smith indicated he understood his rights. Agents explained to Smith he was the subject of a federal drug investigation, and Smith could be provided with an opportunity to attempt to cooperate with this investigation. Smith indicated he understood, agreed to waive his rights and signed a waiver form.

7. Smith provided agents with information related to allegedly purchasing crack-cocaine in Springfield. Agents explained to Smith the search warrant had to be executed, but agents could attempt to execute the warrant in a subdued manner to facilitate future cooperation by Smith. Agents asked Smith if there were any drugs/guns/money at his residence. Smith reported there was nothing like that at his residence.

8. At the time Smith was approached by agents, he was in possession of keys on a Bears key-ring and Smith indicated he had a key to unlock the door to his residence on this key-ring. Smith was transported back to his residence, and agents made entry into the residence, with Smith by having Smith unlock the door. Nobody was located inside the residence.

9. Agents conducted a systematic search of the residence. In the rear bedroom agents located a plastic bag containing suspected marijuana and on the floor agents located a black scale. In the garage agents located torn plastic baggies in a garbage bag. In the backyard, in a

wood-pile area, agents located a black box, which contained a Highpoint 9mm semi-automatic pistol and 2 magazines with ammunition.

10. During the search agents located a blue 2000 Chevrolet truck (IL registration 1068775: registered to Jasmine Smith at 1316 E. Lenox, Springfield) parked in the driveway for the garage at the rear of this residence. Agents had seen this truck parked in the driveway on numerous occasions. Agents spoke with Smith about the truck and Smith stated that truck belonged to his sister Jasmine, who was currently living in Springfield. Smith was asked about having keys to the truck and Smith indicated he did not have any keys for the truck and later indicated that maybe his wife had the keys, but he was not sure. Smith reported the truck was at his house because his sister had some kind of problem with her driver's license. Smith was asked if he used the truck and Smith indicated he has not, but his wife and sister recently used the truck. Smith told agents he believed the truck was unlocked, and they could look inside the truck. When agents advised Smith the truck was locked, Smith indicated he did not care if agents broke a window to gain access into the truck.

11. During the time agents were speaking with Smith, an ISP Trooper utilized his K-9 partner to conduct a clean-air sniff around the backyard area and the Chevrolet truck. The Trooper reported his K-9 indicated a positive alert near the front driver's side quarter-panel of the truck. Agents advised Smith the K-9 alerted to the truck, and he indicated maybe his sister or son had smoked marijuana inside that truck. Smith again indicated he did not have a key to the truck, but the agents could look inside the truck. Agents checked the keys on Smith's key-chain but did not find a key which unlocked the truck, but agents did locate a key which unlocked the rear toolbox located in the bed of the truck (toolbox was not secure).

12. Agents gained access into the truck by unlocking a door. Under the engine hood, agents located a black plastic bag. Inside the plastic bag, agents located what appeared to be a large quantity of crack-cocaine. Inside the toolbox, agents located an IL Fishing License in the name of Michael Smith and IL vehicle license plates G518118, registered to: Maryann Smith at 222 Howe St, Jacksonville, IL. Agents later transported the evidence for processing. Agents observed the contents inside the black bag appeared to be suspected crack-cocaine, suspected heroin and suspected MDMA. Agents separated the suspected drug types. The suspected crack-cocaine had an approximate gross weight of 564-grams and agents conducted a presumptive field test on one of the baggies of suspected crack-cocaine, and the test was positive for cocaine. The bags containing suspected heroin had an approximate gross weight of 80-grams, and agents conducted a presumptive field test on one of the baggies of suspected heroin, and the test was positive for heroin.

s/ Scott Giovannelli

Scott Giovannelli, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 25 day of January, 2013. 11 AM

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

4